*Donald G. Leis, Jr.,* in support of the petition.

*Timothy J. Sugrue,* senior assistant state's attorney, in opposition.

Decided October 25, 2000

---

STATE OF CONNECTICUT *v.* WILLIAM HOLMES, JR.

The Supreme Court docket number is SC 16410.

*Jeremiah Donovan,* special public defender, in support of the petition.

*Peter A. McShane,* assistant state's attorney, in opposition.

Decided October 25, 2000

---

MICHAEL EXLEY *v.* CONNECTICUT YANKEE
GREYHOUND RACING, INC.

*Linda L. Morkan, Emanuel N. Psarakis* and *Richard F. Vitarelli,* in support of the petition.

Decided October 25, 2000